**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**BRADLEY DEATON**                                                                **PLAINTIFFS**
**and RAYMOND HATTEN**

**v.**                               **CASE NO. 2:23-CV-00120-BSM**

**UNITED STATES OF AMERICA**                                        **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, judgment is entered for plaintiffs Bradley

Deaton in the amount of $193,826 and Raymond Hatten in the amount of $208,491.

IT IS SO ORDERED this 3rd day of November, 2025.

_____
UNITED STATES DISTRICT JUDGE